UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    FILED

2004 JAN -5  P 2:

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:00CV1407(RNC) |
| DAVID HAMILTON, ET AL., | : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge  Janet Bond Arterton . All further pleadings or documents in this matter should be filed with the Clerk's Office in ~~New Haven~~ and bear the docket number 3:00CV1407 (~~JBA~~). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 5th day of January 2004.

Robert N. Chatigny
United States District Judge