UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,    :

               Plaintiff,    :

      v.    :

Dennis Hamilton,    :    COURT NO: 3:00CV01407 (RNC)

               Defendant,    :

         and
Sikorsky Aircraft
Legal Department/Payroll
6900 Main St.
Stratford, CT06615-9129    :

               Garnishee.    :

### EX PARTE APPLICATION FOR
### WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $9,011.42 and post-judgment interest at the rate of 6.375%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has made payments totaling $3,325.00 pursuant to said demand. The total balance due as of December 24, 2003 is $7,244.09.

The judgment debtor, Dennis Hamilton's, last known address is 1070 Elm Street, Stratford, Connecticut 06615 and the debtor's social security number is

GRANTED It is SO ORDERED/
Janet Bond Arterton, U.S.D.J
New Haven, CT

The Garnishee is believed to be an employer of the judgment debtor, or the Garnishee otherwise owes or will owe disposable earnings to the judgment debtor and said property is a substantial non exempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is:

        name:    **Sikorsky Aircraft**
    address:    **Legal Department/Payroll**
                  **6900 Main St.**
                  **Stratford, CT 06615-9129**
       phone:    203-386-4000

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              CHRISTINE SCIARRINO
                              ASSISTANT U.S. ATTORNEY
                              UNITED STATES ATTORNEY'S OFFICE
                              P. O. BOX 1824
                              NEW HAVEN, CT   06508
                              (203) 821-3700
                              FED BAR NO. CT 03393