UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :

              Plaintiff, :

   v. :

Dennis Hamilton, :  COURT NO: 3:00CV01407 (RNC)

             Defendant, :

   and :
Sikorsky Aircraft
Legal Department/Payroll
6900 Main St. :
Stratford, CT06615-9129 :

             Garnishee. :

FILED 2004 MAR -8 P 2:35 U.S. DISTRICT COURT HARTFORD, CT.

## ANSWER OF THE GARNISHEE

I, __Kim E. McLeod__, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of __UTC - Sikorsky Aircraft__.
   state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the __Assistant, Finance Support__ of Garnishee, a
              (state official title)

corporation, organized under the laws of the State of __CT__

On __3/2/04__ ,2003, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service: 3/4/04

Yes    No

✓    ___    1. Defendant was in my/our employ.

___    ___    2. Pay period is ✓ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

2/23/04    Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

3/29/04    Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

(a) Gross Pay    $ 992.33
(b) Federal income tax    $ 104.06
(c) F.I.C.A income tax    $ 74.60
(d) State income tax    $ 47.46
Total of tax withholdings    $ 226.12
Net Wages (less total of b,c,d)    $ 766.21 *

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim: _____

2

\*\* Check 1 and/or 2 if applicable\*\*

\_\_\_\_ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, Dennis Hamilton, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

\_\_\_\_ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on __3/4/04__ at
(date)

__1070 Elm St. Stratford, CT 06615__
(state street address, city, state and zip code)

or hand delivered to _____
(state actual address of where it was hand delivered)

on __3/4/04__
(date)

_Kim E. McLeod_
(Affiant's signature)

Subscribed and sworn to before me this _____ day of _____, 2003.

_____
Notary Public

My Commission expires: _____

3

The **Original Answer** must be mailed to:

>United States District Court
>Office of the Clerk
>450 Main Street
>Hartford, Connecticut 06103

Mail the check (made payable to the **Department of Justice**) and a copy of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn: Financial Litigation Unit

4